JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| KENNETH POPOVICH, | Case No. 2:15-cv-09791-AB-MRW |
|---|---|
| Plaintiff, | Honorable Andre Birotte, Jr. |
| vs. | **JUDGMENT** |
| METROPOLITAN LIFE INSURANCE COMPANY; DATA ANALYSIS, INC. EMPLOYEE BENEFIT PLAN; and DOES 1 through 10, inclusive, | Click here to enter a date. |
| Defendants. | |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

Judgment is hereby entered in favor of Plaintiff Kenneth Popovich and against Defendant Metropolitan Life Insurance Company ("MET LIFE") in accordance with the terms of the Court's Findings of Fact and Conclusions of Law Following Bench Trial (Docket No. 62). The Court finds that Mr. Popovich was disabled from his "usual occupation" pursuant to the terms of the Data Analysis Inc. Employee Benefits Plan ("the Plan") at the time MET LIFE terminated his benefits. As such, the Court overturns MET LIFE's denial of Mr. Popovich's claim for long term disability benefits.

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

301128526v1 0982513

MET LIFE is ordered to pay past due benefits to Plaintiff for the 24 month "usual occupation" period of the Plan. This Court remands the action back to MET LIFE and MET LIFE is further ordered to determine whether Mr. Popovich is entitled to continued benefits pursuant to the terms of the Plan and the "any occupation" definition of disability. Both parties shall be subject to the terms and provisions of the Plan during the review on remand.

MET LIFE shall pay prejudgment interest on the past due benefits at the annual rate of 1.73% on the monthly payment stream. In addition, MET LIFE shall pay post-judgment interest at the rate of 1.73% on any past due benefits which remain unpaid starting the 10th day after the date of this Judgment.

Plaintiff may apply to the Court for an award of attorneys' fees and recovery of costs of action.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

DATED: February 21, 2018

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

301128526v1 0982513